# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION
www.flsb.uscourts.gov

IN RE:	CASE NO.: 21-18647-LMI

ERICH GONZALEZ,	Chapter 7

Debtor./

## TRUSTEE'S MOTION TO COMPEL

Ross R. Hartog, Chapter 7 Trustee, moves to compel turnover of non-exempt assets. In support of the Motion, the Trustee states as follows:

1. Erich Gonzalez ("Debtor") filed a voluntary petition for relief under Chapter 7 on September 3, 2021 [ECF 1]. Thereafter, Ross R. Hartog ("Trustee") was appointed to serve as the Chapter 7 Trustee.

2. The Trustee has reviewed the Debtor's schedules, as well as documents and photographs provided by the Debtor, and has prepared a liquidation analysis, which details the total non-exempt property of the Debtor. Attached hereto as Exhibit "A" is a copy of the Trustee's liquidation analysis.

3. The Trustee asserts the estate's interest in the non-exempt property, net of all claimed exemptions, equal to **$5,423.20.**

4. On January 5, 2022, the Trustee advised the Debtor that he possessed non-exempt property and the Trustee also proposed a possible settlement to provide a means for the Debtor to purchase the non-exempt equity in, and preserve, the assets.

5. The Trustee has made attempts to get this matter resolved prior to the filing of this Motion, but to date a settlement has not been reached.

6. The Trustee is concerned that assets may be depleted to the detriment of the creditors of this estate.

7. The Trustee also notes that by failing to respond to any inquiries regarding the non-exempt assets, the Debtor is failing to comply with the obligations imposed by Section 521 of the Bankruptcy Code.

**WHEREFORE**, the Trustee respectfully requests entry of an order (a) granting the Motion, (b) compelling the Debtor to immediately turnover the non-exempt property, per the attached liquidation analysis, and (c) granting any further relief as this Court may deem fair and just.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on April 20, 2022, via (1) email through the Court's BNC; and (2) U.S. Regular Mail to: **Robert Sanchez, Esq,** 355 W 49 St., Hialeah, FL 33012; and **Erich Gonzalez,** 2572 W 72nd Place, Hialeah, FL 33016-6507.

/s/ Ross R. Hartog
Ross R. Hartog, Trustee
P.O. BOX 14306
Fort Lauderdale, FL 33302
Tel: (954) 767-0030
EM: trustee@mrthlaw.com

| | | | |
|---|---|---:|---:|
| **Erich Gonzalez** | | | **Mtg Seq: 70** |
| **21-18647-LMI** | | | **DOF: 9/3/21** |
| **Real Property:** | | | |
| **Real Estate: 2572 W 72 PLACE** | Scheduled Value | $258,774.00 | $0.00 |
| | Lien(s) | $91,799.45 | |
| | Exemptions | $258,774.00 | |
| **Personal Property:** | | | |
| Cash | | | $20.00 |
| CHASE #0672 @ 1/2 INT | | | $6.15 |
| BOA #0752 | | | $30.53 |
| **Furniture, Electronics, Books, Pictures, etc.** | Based on Size; Location; Zillow Home Search; and Miami-Dade Property Appraiser's Website | | $2,500.00 |
| **Clothes** | | | $60.00 |
| **Jewelry** | | | NONE |
| **2007 CHRYSLER 300** | NADA | | $4,300.00 |
| **Estate's Interest in 2021 Tax Refund (Estimate)** | | | $506.52 |
| | Based on 2020 T.R. , less any EIC, Child Tax Credit or Recovery Rebate | $756.00 | |
| | Estate's Portion | 67% | |
| **Security Deposit(s)** | | | UNKNOWN |
| **Total Personal Property** | | | **$7,423.20** |
| Less Personal Property Exemptions | Fla Const art X 4(a)(2) | | -$1,000.00 |
| Motor Vehicle Exemption | Fla. Stat. Ann. 222.25(1) | | -$1,000.00 |
| Wild Card Exemption | Fla. Stat. Ann. 222.25(4) | | $0.00 |
| **Total Over-Exempt** | | | **$5,423.20** |
| | **Exhibit "A"** | | |